# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### LUBBOCK DIVISION

FILED
2018 MAR 22   AM 8: 16

DEPUTY CLERK

ERIC GENE WILLIAMS,                )
Institutional ID No. 205836,       )
                                   )
              Petitioner,          )
                                   )
v.                                 )      CIVIL ACTION NO. 5:17-CV-226-C
                                   )
LUBBOCK COUNTY SHERIFF'S OFFICE,   )
                                   )
              Respondent.          )

## ORDER ACCEPTING REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court made an independent examination of the record in this case and reviewed the Magistrate Judge's Report and Recommendation for plain error. Finding none, the Court **ACCEPTS** and **ADOPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate.

IT IS THEREFORE ORDERED that Plaintiff's complaint and all claims alleged therein are **DISMISSED** without prejudice for want of prosecution and for failure to comply with the Court's prior orders pursuant to Fed. R. Civ. P. 41(b).

SO ORDERED.

Dated March 22, 2018.

_____
**SAM R. CUMMINGS**
**Senior United States District Judge**